In the Matter of the Claim of NELLIE HANNON, Respondent, against CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of JAMES DOWLING, Respondent, against CHURCH E. GATES & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*—Award modified by reducing it to a loss of one hundred per cent of the right foot, and as so modified affirmed, without costs, on the authority of *Matter of Stein* v. *Topol* (217 App. Div. 797); *Matter of Tannebaum* v. *Estate of Baudouine* (218 id. 792); *Matter of Murray* v. *Consolidated Telegraph & Elec. Subway Co.* (221 id. 811). Van Kirk, P. J., Hinman and Whitmyer, JJ., concur; Davis and Hill, JJ., dissent as to the modification and vote for affirmance.

In the Matter of the Claim of EDLA E. DES CAMP, Appellant, against NEWARK CREAMERY COMPANY, Respondent, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of WALTER M. BARNING, Respondent, against SHEFFIELD FARMS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of MONICA WYCHUK, Respondent, against WITHERBEE, SHERMAN & COMPANY, Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.